JOHN W. ZOBREST, Appellant, *v.* EAST BUFFALO BREWING COMPANY, Respondent, Impleaded with Others.

*Zobrest v. East Buffalo Brewing Co.*, 151 App. Div. 895, affirmed.
(Argued March 3, 1914; decided March 17, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 10, 1912, affirming a judgment in favor of defendant entered upon the report of a referee in an

action to determine title to a certain liquor tax certificate and to have a certain power of attorney adjudged void.

*George P. Keating* for appellant.

*Vernon Cole* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, COLLIN, HOGAN and MILLER, JJ.